# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: Lisa Ann Sebolka  
      Debtor(s)

BKY. NO. 14-04350 RNO

CHAPTER 13

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

Kindly enter my appearance on behalf of The Bank of New York Mellon f/k/a The Bank of New York, as successor-in-interest to JPMorgan Chase Bank, National Association f/k/a JPMorgan Chase Bank, as Trustee for Bear Stearns Asset Backed Securities Trust 2003-3, Asset Backed Certificates, Series 20, as Servicer, and index same on the master mailing list.

Re: Loan # Ending In: 7733

                Respectfully submitted,

                **/s/ Thomas Puleo**  
                Thomas Puleo, Esquire  
                James C. Warmbrodt, Esquire  
                KML Law Group, P.C.  
                701 Market Street, Suite 5000  
                Philadelphia, PA 19106-1532  
                (215) 825-6306  FAX (215) 825-6406  
                Attorney for Movant/Applicant