```
                            United States Bankruptcy Court
                            Middle District of Pennsylvania
In re:                                                              Case No. 14-04350-JJT
Lisa Ann Sebolka                                                    Chapter 13
        Debtor
                              CERTIFICATE OF NOTICE
District/off: 0314-5          User: JGoodling          Page 1 of 1           Date Rcvd: Mar 13, 2017
                              Form ID: trc             Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 15, 2017.
4658719        +The Bank of New York Mellon, et al,   c/o JPMorgan Chase Bank, N.A.,   3415 Vision Drive,
                 OH4-7142,   Columbus, OH 43219-6009

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                  TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 15, 2017                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 11, 2017 at the address(es) listed below:
              Charles J. DeHart, III (Trustee)   dehartstaff@pamd13trustee.com,    TWecf@pamd13trustee.com
              ECMC    djwilcoxson@ecmc.org
              James  Warmbrodt    on behalf of Creditor    The Bank of New York Mellon f/k/a The Bank of New York,
               as successor-in-interest to JPMorgan Chase Bank, National Association f/k/a JPMorgan Chase Bank,
               as Trustee for Bear Stearns Asset Backed Securi bkgroup@kmllawgroup.com
              James  Warmbrodt    on behalf of Creditor    The Bank of New York Mellon, as Trustee for the Bear
               Stearns Asset Backed Securities Trust 2003-3, Asset-Backed Certificates, Series 2003-3
               bkgroup@kmllawgroup.com
              Joshua I Goldman    on behalf of Creditor    The Bank of New York Mellon f/k/a The Bank of New York,
               as successor-in-interest to JPMorgan Chase Bank, National Association f/k/a JPMorgan Chase Bank,
               as Trustee for Bear Stearns Asset Backed Securi bkgroup@kmllawgroup.com,    bkgroup@kmllawgroup.com
              Kevin M Walsh    on behalf of Debtor Lisa Ann Sebolka KMWesq@aol.com,    law297@aol.com
              Thomas I Puleo    on behalf of Creditor    The Bank of New York Mellon f/k/a The Bank of New York,
               as successor-in-interest to JPMorgan Chase Bank, National Association f/k/a JPMorgan Chase Bank,
               as Trustee for Bear Stearns Asset Backed Securi tpuleo@kmllawgroup.com,    bkgroup@kmllawgroup.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 8

2100 B (12/15)

# United States Bankruptcy Court

Middle District of Pennsylvania
Case No. 5:14-bk-04350-JJT
Chapter 13

In re: Debtor(s) (including Name and Address)

Lisa Ann Sebolka
144 Summit Street
Edwardsville PA 18704

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 03/11/2017.

| Name and Address of Alleged Transferor(s): | Name and Address of Transferee: |
|---|---|
| Claim No. 4: The Bank of New York Mellon, et al, c/o JPMorgan Chase Bank, N.A., 3415 Vision Drive, OH4-7142, Columbus, OH 43219 | Select Portfolio Servicing, Inc., as servicer for The Bank of New York Mellon, et al<br>PO Box 65450<br>Salt Lake City, UT 84165-0450<br>Select Portfolio Servicing, Inc., as ser<br>The Bank of New York Mellon, et al |

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 03/15/17

Terrence S. Miller
**CLERK OF THE COURT**