```
                              United States Bankruptcy Court
                              Middle District of Pennsylvania
```

In re:                                                                    Case No. 14-04350-JJT
Lisa Ann Sebolka                                                          Chapter 13
         Debtor
                              **CERTIFICATE OF NOTICE**

District/off: 0314-5          User: JGoodling              Page 1 of 1             Date Rcvd: May 09, 2017
                              Form ID: pdf010              Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 11, 2017.
db              +Lisa Ann Sebolka,    144 Summit Street,    Edwardsville, PA 18704-2410

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 11, 2017                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 9, 2017 at the address(es) listed below:
              Charles J. DeHart, III (Trustee)    dehartstaff@pamd13trustee.com,    TWecf@pamd13trustee.com
              ECMC    djwilcoxson@ecmc.org
              James   Warmbrodt    on behalf of Creditor    The Bank of New York Mellon f/k/a The Bank of New York,
               as successor-in-interest to JPMorgan Chase Bank, National Association f/k/a JPMorgan Chase Bank,
               as Trustee for Bear Stearns Asset Backed Securi bkgroup@kmllawgroup.com
              James   Warmbrodt    on behalf of Creditor    The Bank of New York Mellon, as Trustee for the Bear
               Stearns Asset Backed Securities Trust 2003-3, Asset-Backed Certificates, Series 2003-3
               bkgroup@kmllawgroup.com
              Joshua I Goldman    on behalf of Creditor    The Bank of New York Mellon f/k/a The Bank of New York,
               as successor-in-interest to JPMorgan Chase Bank, National Association f/k/a JPMorgan Chase Bank,
               as Trustee for Bear Stearns Asset Backed Securi bkgroup@kmllawgroup.com,    bkgroup@kmllawgroup.com
              Kevin M Walsh    on behalf of Debtor Lisa Ann Sebolka KMWesq@aol.com,    law297@aol.com
              Thomas I Puleo    on behalf of Creditor    The Bank of New York Mellon f/k/a The Bank of New York,
               as successor-in-interest to JPMorgan Chase Bank, National Association f/k/a JPMorgan Chase Bank,
               as Trustee for Bear Stearns Asset Backed Securi tpuleo@kmllawgroup.com,    bkgroup@kmllawgroup.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 8

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| LISA ANN SEBOLKA | : | |
| Debtor(s) | : | CASE NO. 5:14-bk-04350JJT |
| | : | |
| CHARLES J. DEHART, III | : | |
| CHAPTER 13 TRUSTEE | : | |
| Movant | : | DOCKET NO: 51 |
| vs | : | |
| LISA ANN SEBOLKA | : | MOTION TO DISMISS |
| Respondent(s) | : | |

ORDER APPROVING STIPULATION BETWEEN DEBTOR AND TRUSTEE

At Wilkes Barre, PA in said District,

Upon consideration of the STIPULATION filed on May 08, 2017 between the Chapter 13 Trustee and the above-captioned Debtor(s), in reference to the Trustee's MOTION TO DISMISS for material default filed on or about April 06, 2017.

IT IS HEREBY ORDERED that said Stipulation is APPROVED.

By the Court,

_____
John J. Thomas, Bankruptcy Judge
(JG)

Dated: May 9, 2017