# UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: LISA ANN SEBOLKA

    Debtor(s)

CHARLES J. DEHART, III
CHAPTER 13 TRUSTEE
    Movant

LISA ANN SEBOLKA

    Respondent(s)

CHAPTER 13

CASE NO: 5-14-04350-JJT

## CERTIFICATION OF DEFAULT

    AND NOW on February 26, 2018, comes Charles J DeHart, III, Standing Chapter 13 Trustee and certifies that the above named debtor(s) entered into a Stipulation to resolve the Trustee's Motion to Dismiss for Material Default and subsequently Debtor(s) defaulted on the stipulation by failing to:

- make the regular monthly payments to the trustee during the remaining term of the plan.

    As of February 26, 2018, the Debtor(s) is/are $1311.24 in arrears with a plan payment having last been made on Oct 23, 2017.

    In accordance with said stipulation, the case may be dismissed upon certification of the Trustee without further notice or hearing.

Respectfully Submitted,
/s/ Liz Joyce
for Charles J. DeHart, III, Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036
Phone: (717) 566-6097

Dated: February 26, 2018

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: LISA ANN SEBOLKA

Debtor(s)

CHARLES J. DEHART, III
CHAPTER 13 TRUSTEE
Movant

LISA ANN SEBOLKA

CHAPTER 13

CASE NO: 5-14-04350-JJT

Respondent(s)

### CERTIFICATE OF SERVICE

I hereby certify that the Debtor and his/her counsel, have been served a copy of this Certification of Default by First Class Mail, unless served electronically, at the below address on February 26, 2018.

KEVIN M. WALSH, ESQUIRE
297-299 PIERCE STREET
KINGSTON, PA 18704-

LISA ANN SEBOLKA
144 SUMMIT STREET
EDWARDSVILLE, PA 18704

RESPECTFULLY SUBMITTED,

/s/ Liz Joyce
for Charles J. DeHart, III, Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036
Phone: (717) 566-6097

Dated: February 26, 2018