```
                        United States Bankruptcy Court
                        Middle District of Pennsylvania
In re:                                                           Case No. 14-04350-JJT
Lisa Ann Sebolka                                                 Chapter 13
     Debtor
                              CERTIFICATE OF NOTICE
District/off: 0314-5          User: DGeorge              Page 1 of 2        Date Rcvd: Feb 27, 2018
                              Form ID: pdf010            Total Noticed: 20
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 01, 2018.
```
db            +Lisa Ann Sebolka,    144 Summit Street,    Edwardsville, PA 18704-2410
cr            +JPMorgan Chase Bank, N.A.,    700 Kansas Lane,    Monroe, LA 71203-4774
4547021       +AES,    P O Box 2461,    Harrisburg, PA 17105-2461
4547022       +Barclays Bank Delaware,    P.O. Box 8803,    Wilmington, DE 19899-8803
4547024        David Lezinsky, D.O.FACOOG,    545 North River Street,    Suite 210,
                Wilkes-Barre, PA  18702-2643
4699705        ECMC,    PO BOX 16408,    ST.PAUL, MN 55116-0408
4699706        ECMC,    PO BOX 16408,    ST.PAUL, MN 55116-0408,    ECMC,    PO BOX 16408,
                ST.PAUL, MN 55116-0408
4547025        Geisinger Health System,    P O Box 27727,    Newark, NJ 07101-7727
4547027        JP Morgan Chase Bank,    P.O. Box 24696,    Columbus, OH  43224-0696
4547026       +James M. Jiunta, D.O.,    417 Market Street,    Kingston, PA 18704-5418
4547028       +Luzerne County Tax Claim Bureau,    200 N River Street,    Wilkes Barre, PA 18711-1004
4577668       +Luzerne County Tax Claim Bureau,    c/o Northeast Revenue Service, LLC,
                15 Public Square, Suite 202,    Wilkes-Barre, PA 18701-1703
4547029       +Medical Revenue Services,    645 Walnut Street,    Suite 5,    Gadsden, AL 35901-4173
4565182       +PHEAA,    PO BOX 8147,    HARRISBURG PA 17105-8147
4547031       +Sunoco/CBN,    P.O. Box 6497,    Sioux Falls, SD 57117-6497
4658719       +The Bank of New York Mellon, et al,    c/o JPMorgan Chase Bank, N.A.,    3415 Vision Drive,
                OH4-7142,    Columbus, OH 43219-6009
4547032        Wilkes-Barre General Hospita,    P.O. Box 630958,    Cincinnati, OH  45263-0958
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
4547030       +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Feb 27 2018 19:10:45
                Portfolio Recovery Associate,    P O Box 12914,    Norfolk, VA 23541-0914
4894984       +E-mail/Text: jennifer.chacon@spservicing.com Feb 27 2018 19:13:08
                Select Portfolio Servicing, Inc., as servicer for,    The Bank of New York Mellon, et al,
                PO Box 65450,    Salt Lake City, UT 84165-0450,    Select Portfolio Servicing, Inc., as ser,
                The Bank of New York Mellon, et al 84165-0450
4894983        E-mail/Text: jennifer.chacon@spservicing.com Feb 27 2018 19:13:08
                Select Portfolio Servicing, Inc., as servicer for,    The Bank of New York Mellon, et al,
                PO Box 65450,    Salt Lake City, UT 84165-0450
                                                                                              TOTAL: 3

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
4547023      ##+Capital Accounts,    1642 Westgate Cir Ste 20,    Brentwood, TN 37027-8195
                                                                                TOTALS: 0, * 0, ## 1
```
Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 01, 2018                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 27, 2018 at the address(es) listed below:
```
              Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              ECMC   djwilcoxson@ecmc.org
              James Warmbrodt    on behalf of Creditor   The Bank of New York Mellon f/k/a The Bank of New York,
               as successor-in-interest to JPMorgan Chase Bank, National Association f/k/a JPMorgan Chase Bank,
               as Trustee for Bear Stearns Asset Backed Securi bkgroup@kmllawgroup.com
              James Warmbrodt    on behalf of Creditor   The Bank of New York Mellon, as Trustee for the Bear
               Stearns Asset Backed Securities Trust 2003-3, Asset-Backed Certificates, Series 2003-3
               bkgroup@kmllawgroup.com
```

```
District/off: 0314-5                User: DGeorge              Page 2 of 2                    Date Rcvd: Feb 27, 2018
                                    Form ID: pdf010            Total Noticed: 20
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
        Joshua I Goldman   on behalf of Creditor   The Bank of New York Mellon f/k/a The Bank of New York,
        as successor-in-interest to JPMorgan Chase Bank, National Association f/k/a JPMorgan Chase Bank,
        as Trustee for Bear Stearns Asset Backed Securi bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com
        Kevin M Walsh   on behalf of Debtor 1 Lisa Ann Sebolka KMWesq@aol.com, law297@aol.com
        Matthew Christian Waldt   on behalf of Creditor   The Bank of New York Mellon, as Trustee for the
        Bear Stearns Asset Backed Securities Trust 2003-3, Asset-Backed Certificates, Series 2003-3
        mwaldt@milsteadlaw.com, bkecf@milsteadlaw.com
        Thomas I Puleo   on behalf of Creditor   The Bank of New York Mellon f/k/a The Bank of New York,
        as successor-in-interest to JPMorgan Chase Bank, National Association f/k/a JPMorgan Chase Bank,
        as Trustee for Bear Stearns Asset Backed Securi tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com
        United States Trustee   ustpregion03.ha.ecf@usdoj.gov
                                                                                                TOTAL: 9

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

| Lisa Ann Sebolka | | Chapter: | 13 |
| | Debtor(s) | Case No.: | 5:14-bk-04350-JJT |
| Charles J. DeHart, III, Trustee | | | |
| vs. | Movant(s) | | |
| Lisa Ann Sebolka | | | |
| | Respondent(s) | | |

## ORDER DISMISSING CASE

Upon consideration of the Trustee's Certificate of Default of Stipulation in settlement of the Trustee's prior Motion to Dismiss Case for Material Default and it having been determined that this case should be dismissed,

**IT IS ORDERED** that the above-named case of the debtor(s) be and it hereby is dismissed.

Dated: February 27, 2018

By the Court,

_____
John J. Thomas, Bankruptcy Judge (RPR)